**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | | |
|---|---|---|
| PATRICIA NOWAKOWSKI, | ) | Case No. 1:12-cv-01133-JTC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| GE CAPITAL RETAIL BANK f/k/a | ) | |
| GE MONEY BANK | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of New York, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

  Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

  Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted this 1st day of May, 2013.

    ATTORNEYS FOR PLAINTIFF
    *Patricia Nowakowski*

    Respectfully submitted,

    /s/ Jeanne Lahiff
    Jeanne Lahiff, Esq
    NY Bar No. 2252435
    ***Weisberg & Meyers, LLC***
    80 Broad Street, 5th Floor
    New York, NY 10004

(888) 595-9111 ext. 511
(866) 842-3303 (fax)
JLahiff@attorneysforconsumers.com

***Please send correspondence to the address below:***

***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
Phoenix, AZ 85012

Notice Filed electronically on this 1st day of May, 2013, with:

United States District Court CM/ECF system

s/ Lydia Bultemeyer
Lydia Bultemeyer